Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORY P. CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMCC INVESTMENT VENTURES, LLC; PRESIDIO FINANCIAL, LLC; ELITE RECOVERY SERVICES, INC.; PAUL NIEDZIALOWSKI, an individual,<br><br>Defendants. | CASE NO.: CV 08 2322<br><br>CLASS ACTION<br><br>**COMPLAINT FOR VIOLATION OF THE CALIFORNIA AND FEDERAL FAIR DEBT COLLECTION PRACTICES ACT**<br><br>**DEMAND FOR JURY TRIAL** |

## I. INTRODUCTION

1. Plaintiff brings this class action based upon Defendants' violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"). The Act prohibits debt collectors from engaging in false, deceptive, misleading, and unfair debt collection practices. In the Ninth Circuit, the impact of language used by a debt collector is judged from the perspective of the least sophisticated debtor in our community. *Swanson v. Southern Oregon Credit Services, Inc.*, 869 F.2d 1222, 1225 (9th Cir 1988).

## II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337.

3. Venue lies in this district pursuant to 28 U.S.C. § 1391(b).

## III. PARTIES

4. Plaintiff, TORY CASTILLO ("Mr. Castillo") is a married man who resides in San Francisco, California.

5. Defendant EMCC INVESTMENT VENTURES, LLC ("EMCC") is an out-of-state entity. It purchases defaulted consumer debts for collection. It is a debt collector under 15 U.S.C. § 1692a(6). It collaborates with Defendant Presidio Financial, LLC, in the collection of defaulted consumer debts.

6. Defendant PRESIDIO FINANCIAL, LLC ("Presidio") is an out-of-state entity. It purchases defaulted consumer debts and collaborates with Defendant EMCC in the collection of disputed consumer debts. It is a debt collector under 15 U.S.C. § 1692a(6).

7. Defendant ELITE RECOVERY SERVICES, INC., ("Elite") is an out-of-state entity. It is the agent of Defendants EMCC and Defendant Presidio in the collection of defaulted consumer debts.

8. Defendant PAUL NIEDZIALOWSKI ("Mr. Niedzialowski") is the president of Defendant Elite and is employed by Defendant Elite as its president. He is a debt collector pursuant to 15 U.S.C. § 1692a(6).

9. Service on Defendant EMCC is made on an officer at the EMCC principal office at 37 W. Cerritos Avenue, Anaheim, CA 92805.

10. Service on Defendant Presidio is made on an officer its agent for service of process, Curtis O. Barnes, 375 W. Cerritos Avenue, Anaheim, CA 92805.

11. Service on Elite is made on an officer at its principal office at 255 Great Arrow Avenue, 2nd Floor, Suite 15, Buffalo, NY 14207.

12. Service on Paul Niedzialowski is made at his office at 255 Great Arrow Avenue, 2nd Floor, Suite 15, Buffalo, NY 14207.

### IV. FACTUAL ALLEGATIONS

13. Some time ago, Plaintiff opened a credit account to purchase goods at Levitz Furniture Company. The last four digits of the account were 9169.

14. The account was owned by HSBC Retail Services. Attached as Exhibit A is a collection letter dated September 14, 2006, from HSBC to Plaintiff, referring to a Levitz

1 | Furniture Company account with the last four digits 9169.

2 | 15. Plaintiff used the account to purchase goods for Plaintiff's personal use.

3 | 16. Plaintiff was unable to make payment on the account because of financial
4 | setbacks.

5 | 17. Plaintiff sought legal representation to help Plaintiff through this bleak financial
6 | period, and to deal with the unrelenting and stressful demands of Plaintiff's creditors and their
7 | collection agents. Plaintiff hired attorney Irving L. Berg for legal representation.

8 | 18. Plaintiff was advised by the attorney that, once Plaintiff's creditors and their
9 | collection agents were advised of attorney representation, the law required that the creditors and
10 | their collection agents must leave Plaintiff alone and deal with the attorney.

11 | 19. On November 4, 2006, Plaintiff's attorney sent HSBC a letter advising of his
12 | representation of Plaintiff. <u>Exhibit B</u> is a copy of the letter. The letter states, among other
13 | things:

14 | > All communications concerning my client's financial affairs, including the captioned debt, and any other debts alleged to
15 | > be owed by my client ("debts") shall hereafter be made to this office <u>in writing</u>.
16 | > Any action you intend to take with respect to collection of the debts shall hereafter be made to this office <u>in writing</u>. The
17 | > debts are disputed.

18 | 20. Sometime thereafter, HSBC sold Plaintiff's account to Defendant EMCC.

19 | 21. In purchasing Plaintiff's account, Defendant EMCC obtained from HSBC the
20 | status of Plaintiff's account, including collection notes and Plaintiff's attorney's letter of
21 | representation.

22 | 22. Defendant EMCC assigned the account to Presidio for collection.

23 | 23. Defendant EMCC provided Defendant Presidio with Plaintiff's account, including
24 | collection notes and Plaintiff's attorney's letter of representation.

25 | 24. Sometime thereafter, Defendant Presidio undertook collection of the account by
26 | retaining Defendant Elite.

27 | 25. Defendant Presidio provided Elite with Plaintiff's account, including collection
28 | notes and Plaintiff's attorney's letter of representation.

COMPLAINT FOR VIOLATION OF        CASTILLO V. EMCC INVESTMENT
THE FDCPA                    3    VENTURES, LLC, et al.

26. On March 6, 2008, Defendant Niedzialowski, on Defendant Elite's letterhead, sent a collection letter, Exhibit C, directly to Plaintiff, notwithstanding Plaintiff's attorney's letter of representation.

27. The Elite letter, Exhibit C, is signed by Defendant Niedzialowski, describing himself as President, Elite Recovery Services, Inc., A Professional Debt Recovery Agency.

28. Plaintiff alleges Defendant Niedzialowski was not involved in the collection of Plaintiff's alleged debt.

29. Plaintiff alleges Defendant Niedzialowski did not author or personally direct the sending of the letter to Plaintiff.

30. Plaintiff alleges Defendant Niedzialowski did not have any meaningful involvement in or decision in the sending of the collection letter to Plaintiff.

31. Defendant Niedzialowski's signature and high status in the company were shown on the letter, to coerce payment from Plaintiff.

32. Defendant Niedzialowski's duties are described on his website, a copy of which is attached hereto as Exhibit D.

## V. FIRST CAUSE OF ACTION
(Claim for violation of the Fair Debt Collection Practices Act)

33. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

34. Section 1692e of the FDCPA prohibits a debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e, § 1692e(10).

35. The FDCPA prohibits any debt collector from distributing any written communication which creates a false impression as to its source, authorization, or approval. 15 U.S.C. § 1692e(9).

36. Section 1692f of the FDCPA prohibits a debt collector from using unfair and unconscionable means in collection of a debt.

37. Defendant Elite has violated the FDCPA by the use of false, deceptive, and

| COMPLAINT FOR VIOLATION OF THE FDCPA | 4 | CASTILLO V. EMCC INVESTMENT VENTURES, LLC, et al. |

1  misleading representations as to the involvement of its president in the collection of Plaintiff's
2  debt.

3       38.    Use of a high level officer as the author and signator of the debt collection letter is
4  an unfair and unconscionable means used in the collection of a debt, in violation of 15 U.S.C. §
5  1692f.

6       39.    The Defendants are jointly and severally liable for the improper conduct of
7  Defendant Elite.

## VI. CLASS ACTION ALLEGATIONS

9       40.    Plaintiff brings this action individually and as a class action, pursuant to Rules
10  23(a) and 23(b) of the Federal Rules of Civil Procedure, on behalf of the following Class:
11  All persons in the state of California as to whom, beginning one year prior to the filing of the
12  Complaint, and continuing through the date of resolution of this case, Defendant Elite sent a
13  collection letter signed by its president, Paul Niedzialowski.

14       41.    The Class is so numerous that joinder of all members is impracticable. Because
15  the collection practice at issue is a standard and uniform practice employed by Elite, numerosity
16  may be presumed.

17       42.    There are questions of law and fact common to the Class which predominate over
18  any questions affecting only individual Class members. The principal question is whether
19  Defendants violated the FDCPA and the CA FDCPA by misrepresenting the author of the
20  collection letter as the president of Elite.

21       43.    Plaintiff's claims are typical of the claims of the class, which all arise from the
22  same operative acts and are based on the same legal theories.

23       44.    Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff is
24  committed to vigorously litigating this matter and has retained counsel experienced in handling
25  class actions and claims involving unlawful business practices. Neither Plaintiffs nor their
26  counsel have any interests which might cause them not to vigorously pursue this claim.

27       45.    This action should be maintained as a class action because the prosecution of
28  separate actions by individual members of the Class would create a risk of inconsistent or

COMPLAINT FOR VIOLATION OF                        CASTILLO V. EMCC INVESTMENT
THE FDCPA                                         5                        VENTURES, LLC, et al.

1. varying adjudications with respect to individual members which would establish incompatible standards of conduct for the parties opposing the Class, as well as a risk of adjudications with respect to individual members which would as a practical matter be dispositive of the interests of other members not parties to the adjudications or substantially impair or impede their ability to protect their interests.

46. A class action is a superior method for the fair and efficient adjudication of this controversy. The interest of Class members in individually controlling the prosecution of separate claims against Defendant is small because the maximum statutory damages available in an individual action under the FDCPA are up to $1,000. Management of the Class claims is likely to present significantly fewer difficulties than those presented in many class claims. The identities of the Class members may be obtained from Defendants' records.

## VII. JURY TRIAL DEMAND

47. Plaintiff demands trial by jury on all issues so triable.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that relief be granted as follows:

A. That an order be entered certifying the proposed Class under Rule 23 of the Federal Rules of Civil Procedure and appointing Plaintiffs and their counsel to represent the Class;

B. That an order be entered declaring that Defendants' actions as described above are in violation of the FDCPA.

C. That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B).

D. That the Court award costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3).

Dated: 4.29.08

Irving L. Berg
THE BERG LAW GROUP
ATTORNEY FOR PLAINTIFF

# EXHIBIT A

09/14/2006

HSBC Retail Services
P.O. BOX 5244
CAROL STREAM, IL 60197-5244



TORY P CASTILLO
176 SADOWA ST
SAN FRANCISCO, CA  94112


ACCOUNT NUMBER: 0000720624101289169
CURRENT BALANCE: $1,718.65
MINIMUM AMOUNT DUE: $179.00
RE: LEVITZ FURNITURE

Dear TORY P CASTILLO:

In case you were not aware, HSBC Retail Services reports account conditions to the three major credit bureaus (Trans Union, Equifax & Experian) on a regular basis. These reports may remain a part of your credit history for up to seven (7) years. Having a past due history or being presently delinquent could influence the decisions of other creditors in the future.

In order to prevent further late charges and a possible negative report to the credit bureaus, we request that you send your payment in the amount of $179.00 immediately. You can take advantage of our check-by-phone program. Call our toll-free number 1-800-365-2026.

Collection Department, HSBC Retail Services

WE ARE REQUIRED BY LAW, IF APPLICABLE, TO NOTIFY YOU THAT WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
--------------------------------------------------------------------
Please include this portion of the letter with your payment or correspondence to ensure prompt attention.
TORY P CASTILLO
ACCOUNT NUMBER:    0000720624101289169
PAYMENT AMOUNT:    $_____

SEND TO:
HSBC Retail Services, PO BOX 4144, CAROL STREAM, IL 60197-4144

Questions about credit scores, credit reports, or how lenders make credit decisions? Visit YourMoneyCounts.com for answers to these questions and more. You'll also find useful tools, tips and articles - YourMoneyCounts.com is your online guide to financial and credit education.
L805

# EXHIBIT B

**THE BERG LAW GROUP**
*ATTORNEYS AND COUNSELORS AT LAW*
145 Town Center, PMB 493
Corte Madera, California 94925
Phone: (415) 924-0742  Fax: (415) 891-8208
e-mail irvberg@comcast.net

IRVING L. BERG, ESQ.

November 4, 2006

HSBC Retail Services
P. O. Box 5244
Carol Stream, IL  60197-5244

Re:   Troy P Castillo
      Client: Levitz Furniture
      Acct Number: xxx9169
      Balance Due: $1,718

Dear Sir or Madam:

This office represents the captioned consumer.  CEASE and DESIST  further communication with the consumer.

All communications concerning my client's financial affairs, including the captioned debt, and any other debts alleged to be owed by my client ("debts") shall hereafter be made to this office <u>in writing</u>.

Any action you intend to take with respect to collection of the debts shall hereafter be made to this office <u>in writing</u>.  The debts are disputed.

Do not contact my client or my client's employer concerning the debts.  Do not contact my client's family or friends regarding the alleged debts.  All contact shall only be with this office <u>in writing</u>.

Please be advised that recording of telephone calls is prohibited by California law.

Further, please note that, should my client bring a legal action in connection with your collection practices that legal action could result in a judgment that would include actual costs of filing the complaint, actual costs of service of process, and reasonable attorney's fees.

Sincerely,

Irving L. Berg
ILB/cf

repletterCD.frm

# EXHIBIT C

6341 Inducon Drive East
Sanborn, NY 14132-9097

**ELITE**
*recovery services, inc.*

255 Great Arrow Ave, 2nd Floor, Suite 15,
Buffalo, NY 14207
(716) 270-2200  Fax (716) 270-2211
Toll Free 1-877-375-7130

| If paying by Credit Card, please complete this section |
|---|
| CARD NUMBER | AMOUNT | CVV # (3 or 4 Digit code on Back of Card) |
| SIGNATURE | EXP.DATE | |
| CARDHOLDER NAME (Please Print) | ☐ Check Here If Cardholder Address Is The Same. If Not, Provide Cardholder Address On Back of Statement |

03/06/2008

Re: PRESIDIO FINANCIAL, LLC
    LEVITZ GO FORWARD BUS
ERS Account #: 1894510
Original Account #: 0720624101289169
Balance: $1,903.57

1894510-00103           *A-SCV-AM-03267

TORY CASTILLO
176 SADOWA ST
SAN FRANCISCO CA 94112-2942

ELITE RECOVERY SERVICES, INC.
PO BOX 3474
BUFFALO NY 14240-3474

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment.*

---

Dear Tory Castillo:

PRESIDIO FINANCIAL, LLC has placed your account with our agency for collection. As this account is seriously past due, please send your payment in full, contact this office, or proceed as noted below.

Make your check or money order payable to:

**ELITE RECOVERY SERVICES, INC.
PO BOX 3474
BUFFALO NY 14240-3474**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you wish to speak to a representative concerning your account, you may contact this office toll free at 1-877-375-7130. Please refer to the ERS account number indicated above. Our office hours are Monday through Thursday 8am-9pm EST and Friday 8am-4pm EST.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-Help or www.ftc.gov.

The current balance owing on your account is $1,903.57.

This is a communication from a debt collector. Federal law requires we notify you that this is an attempt to collect a debt and any information obtained will be used for that purpose.

Please note the return address (6341 Inducon Drive East, Sanborn, NY 14132) located on the front of this notice, is not the address of Elite Recovery Services, Inc. This address is for processing undeliverable mail only. Please do not send correspondence or payments to that address. Please send payments or correspondence to ELITE RECOVERY SERVICES, INC., PO BOX 3474, BUFFALO NY 14240-3474.

Sincerely,

*[signature]*

Paul Niedzialowski
President
Elite Recovery Services, Inc.
A Professional Debt Recovery Agency

ELIT

# EXHIBIT D

![ELITE recovery services, inc.]

- ABOUT US
- ■ EXECUTIVE MANAGEMENT
- SERVICES
- NEWS AND VIEWPOINTS
- CAREERS
- CONTACT US

# EXECUTIVE MANAGEMENT



**Paul Niedzialowski**
*President & CEO*

Paul Niedzialowski is president, chief executive officer and a founding member of Elite Recovery Services, Inc. Mr. Niedzialowski—who established Elite Recovery Services in 2003—previously served as director of operations for Account Solutions Group, LLC, a New York-based collection agency. While at ASG, Mr. Niedzialowski held positions of increasing responsibility including directing all general management functions, as well as creating, implementing and managing the company's operations performance management system. In 1998, Mr. Niedzialowski led ASG to earn its initial Customer Operations Performance Center (COPC)-2000 Certification, a call center quality standard certification similar to the ISO Certification process. In subsequent years, he directed ASG's efforts to retain its certification and currently maintains his status as a certified and registered COPC coordinator. An Eagle Scout and graduate of the University of Buffalo's Center for Entrepreneurial Leadership, Mr. Niedzialowski also spent 16 years as a surgical technician in the United States Army Reserve and served on active duty in the Persian Gulf during the first Gulf War.



**Richard Corica**
*Executive Vice President & COO*

Richard Corica is executive vice president, chief operating officer and a founding member of Elite Recovery Services, Inc. Mr. Corica is responsible for directing the company's day-to-day operations, including its strategic planning, human resource management and quality control analysis. With more than 18 years of collection industry experience, Mr. Corica previously served as senior manager of collection operations for Account Solutions Group, LLC, responsible for directing activities for more than 300 collectors, 21 supervisors and 7 managers. Mr. Corica has earned a number of collection industry awards during his distinguished career, including service excellence awards with Household Credit, First USA and BMW. Mr. Corica also served as an elected government official for 10 years and had responsibilities that included overseeing a $200,000,000 annual budget as Finance Chairman.



**David L. Benton**
*Chief Financial Officer*

David L. Benton is chief financial officer for Elite Recovery Services, Inc., responsible for the implementation of management reporting, cost accounting, cash management and budgeting systems. Mr. Benton brings to Elite Recovery Services more than 30 years' experience as chief financial officer or controller with manufacturing, distribution and service companies ranging from small, privately held firms to larger, multilocation companies. Currently, as the principal of CFO Resources, he serves as CFO for Elite Recovery Services, Inc. as well as performing outsourced financial management and analysis for several other companies. Prior to working with Elite Recovery Services, Mr. Benton held a series of senior-level executive finance positions for companies including Bakemark Ingredients (East), Fulfillment Systems International, Harmac Medical Products and Advanced Refractory Technologies. Mr. Benton, who has four years' public accounting experience with Price Waterhouse, earned a Bachelor of Science degree in accounting from Gannon University.



**Melissa Moore**
*Director, Operations—Purchased Collections*

Melissa Moore is director, purchased collections for Elite Recovery Services, Inc., responsible for directing the inventory and account flow processes of all purchased debt portfolios. Ms. Moore's responsibilities also include developing and implementing collection strategies that ensure consistent delivery of optimal cash flow as the frequency and volume of purchased debt inventory continues to grow. Ms. Moore has more than 14 years of collection industry experience, with the last 12 of those years serving in a variety of management positions. Prior to joining Elite Recovery Services, Ms. Moore played an intricate role in the growth of Account Solutions Group, LLC, as she simultaneously

JS 44 - No. CALIF. (Rev. 4/97)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

MEJ E-filing

### I.(a) PLAINTIFFS

TORY P. CASTILLO, individually and on behalf of all others similarly situated,

### DEFENDANTS

EMCC INVESTMENT VENTURES, LLC; PRESIDIO FINANCIAL, LLC; ELITE RECOVERY SERVICES, INC.; PAUL NIEDZIALOWSKI, an

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES)

San Francisco

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Irving L. Berg
145 Town Center, PMB 493
Corte Madera, CA 94925 (415) 924-0742

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION (PLACE AN "✓" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "✓" IN ONE BOX FOR PLAINTIFF

(For diversity cases only)                    AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "✓" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "✓" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | FEDERAL TAX SUITS | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence Habeas Corpus: | ☐ 791 Empl.Ret. Inc. Security Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 870 Taxes (US Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 530 General | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

### VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Violation of the Fair Debt Collection Practices Act

### VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000.00
☐ CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE A "✓" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE 4-25-08   SIGNATURE OF ATTORNEY OF RECORD