# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

## E-filing

| | |
|---|---|
| TORY P. CASTILLO, individually and on behalf of all others similarly situated,<br>　　　　　　　　Plaintiff,<br><br>　　　　　　V.<br><br>EMCC INVESTMENT VENTURES, LLC; PRESIDIO FINANCIAL, LLC; ELITE RECOVERY SERVICES, INC.; PAUL NIEDZIALOWSKI, an individual,　　　　　Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>　 |

TO: (Name and address of defendant)

ALL ABOVE-NAMED DEFENDANTS

**MEJ**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 5 2008

Richard W. Wieking
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK