Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORY P. CASTILLO, individually and on behalf of all others similarly situated, | Case No. 3:08-cv-02322-MEJ |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| EMCC INVESTMENT VENTURES, LLC; PRESIDIO FINANCIAL, LLC; ELITE RECOVERY SERVICES, INC.; PAUL NIEDZIALOWSKI, an individual, | |
| Defendant(s). | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  5/29/08                                    /s/
                                                        Irving L. Berg, Esq.
                                                        THE BERG LAW GROUP

                                                        Attorney for Plaintiff.