UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Torry P. Castillo, individually and on behalf of all others

        Plaintiff(s),

v.

EMCC Investment Ventures, LLC; et al.

        Defendant(s).

No. C CV 08-2322 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Mark E. Ellis

Dated: June 17, 2008

_____
Signature

Counsel for  Defendants Presidio Financial, LLC
(Plaintiff, Defendant, or indicate "pro se")
Elite Recovery Services, Inc.; and Paul Niedzialowski

NDC-06