Mark E. Ellis – 127159
Jennifer S. Gregory – 228593
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants ELITE RECOVERY SERVICES, INC., PRESIDIO FINANCIAL, LLC AND PAUL NIEDZIALOWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CASTILLO,<br><br>    PLAINTIFF,<br><br>v.<br><br>ELITE RECOVERY SERVICES, LLC, et al.<br><br>    DEFENDANTS. | Case No.: CV-08-2322<br><br>**DEFENDANTS ELITE RECOVERY SERVICES, INC., PRESIDIO FINANCIAL, LLC AND PAUL NIEDZIALOWSKI'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS [FRCP 12(b)(6)]**<br><br>DATE:   July 24, 2008<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Maria-Elena James |

Pursuant to Federal Rule of Evidence 201 and *Mullis v. United States Bank. Ct.* (9th Cir. 1987) 828 F.2d 1385, 1388, Defendant requests that this Court take judicial notice of the following documents.

1. *In the Matter of Jack H. Boyajian, et al.*, Case No. 06-TE-15159-RAH, 07-TE-13054 Case No. 06-TE-15159-RAH, 07-TE-13054 (State Bar Court Of California, October 2, 2007), attached to the Declaration of Mark E. Ellis as **Exhibit 1**.

Dated: June 17, 2008

                                  ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                    STEINHEIMER LLP

                            By  /s/ Mark E. Ellis
                                Mark E. Ellis
                                Attorney for Defendants
                                ELITE RECOVERY SERVICES, INC., PRESIDIO
                                FINANCIAL, LLC AND PAUL NIEDZIALOIOSKI

- 1 -