# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRY P. CASTILLO,  )<br>　　　　　　　　　Plaintiff (s)  )<br>　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>EMCC INVESTMENT VENTURES, LLC. )<br>　　　　　　　　　　　　　　)<br>　　　　　　　Defendant (s)  )<br>_____) | CASE NO. C-08-2322 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　X　　(1) One or more of the parties has requested reassignment to a United States District Judge, or

_____　(2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____　(3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

　　　All previous hearing dates are hereby **VACATED.**

Dated: June 25, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　By: Brenda Tolbert, Deputy Clerk