1  Mark E. Ellis – 127159
   Jennifer S. Gregory – 228593
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendants ELITE RECOVERY SERVICES, INC., PRESIDIO FINANCIAL, LLC
6  AND PAUL NIEDZIALOIOSKI

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | TONY CASTILLO,              | Case No.: CV-08-2322 PJH
12 |       PLAINTIFF,            | **DEFENDANTS ELITE RECOVERY SERVICES, INC., PRESIDIO FINANCIAL,**
13 | v.                          | **LLC AND PAUL NIEDZIALOIOSKI'S AMENDED NOTICE OF MOTION AND**
14 | ELITE RECOVERY SERVICES, LLC,| **MOTION TO DISMISS [FRCP 12(b)(6)]**
15 |       DEFENDANTS.           | DATE:    August 6, 2008
                                    TIME:    9:00 a.m.
16                                  JUDGE:   Hon. Phyllis J. Hamilton

17

18       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       NOTICE IS HEREBY GIVEN that on August 6, 2008, the Motion of Defendants ELITE

20 RECOVERY SERVICES, INC., PRESIDIO FINANCIAL, LLC AND PAUL NIEDZIALOIOSKI to

21 dismiss the Claims for Relief of Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure,

22 Rule 26(b)(6), will be heard in the above-entitled Court, located at 450 Golden Gate Avenue, San

23 Francisco, California, Courtroom 3.

24       Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted the

25 following grounds:  The "meaningful involvement" theory has not been adopted by the Ninth Circuit

26 Court of Appeals at all, and its reach has never been extended, as here, beyond the context of attorneys

27 to lay collectors.  Finally, as a matter of law, a review of the letter on it its face demonstrates that it is

28 neither deceptive nor unconscionable in violation of the FDCPA – as a matter of law. (See *Terran v.*

- 1 -

1  *Kaplan* (9th Cir. 1997) 109 F.3d 1432-33.)  This motion is further based on this Notice, the attached
2  Memorandum of Points and Authorities, the Request for Judicial Notice, Declaration of Mark E. Ellis,
3  and on such other oral and documentary evidence as may be presented at the hearing of this matter.
4  Dated: June 27, 2008

                                ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                   STEINHEIMER LLP

                            By  /s/ Mark E. Ellis
                                Mark E. Ellis
                                Attorney for Defendants
                                ELITE RECOVERY SERVICES, INC., PRESIDIO
                                FINANCIAL, LLC AND PAUL NIEDZIALOIOSKI

DEFENDANTS ELITE RECOVERY SERVICES, INC., PRESIDIO FINANCIAL, LLC AND PAUL
NIEDZIALOIOSKI'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS [FRCP 12(b)(6)]