Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TORY P. CASTILLO, individually and on
behalf of all others similarly situated,

                    Plaintiff,

v.

EMCC INVESTMENT VENTURES, LLC;
PRESIDIO FINANCIAL, LLC; ELITE
RECOVERY SERVICES, INC.; PAUL
NIEDZIALOWSKI, an individual,

                    Defendants..
_____/

Case No.: CV 08-2322 MEJ

**NOTICE OF DISMISSAL WITHOUT
PREJUDICE**

TO THE PARTIES PLEASE TAKE NOTICE:

Plaintiff dismisses the herein lawsuit without prejudice as to himself and the putative class

pursuant to FRCP 41 (a)(1)(i).

Dated: July 7, 2008                           /s/
                                        Irving L. Berg
                                        THE BERG LAW GROUP
                                        145 Town Center, PMB 493
                                        Corte Madera, California 94925
                                        (415) 924-0742
                                        (415) 891-8208 (Fax)

                                        ATTORNEY FOR PLAINTIFF

DISMISSAL WITHOUT PREJUDICE                TORY P CASTILLO V EMCC
                                           INVESTMENTS et al.
                                  1        CASE NO: CV 08-2322 MEJ