# U. S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**Tory P Castillo v. EMCC *et al.*      .**
U. S. District Court Case No.: CV 08-2322 MEJ

## PROOF OF MAILING

I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA  94925. On the date set forth below, I served the:

### DISMISSAL WITHOUT PREJUDICE

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   __July 7, 2008__                         __/s/_____
                                                                    Irving L. Berg

Robert Barnes, President
Presidio Financial
362 West Cerritos Avenue
Anaheim, CA 92805-0000

PROOF OF MAILING