Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TORY P. CASTILLO, individually and on behalf of all others similarly situated,

             Plaintiff,

v.

EMCC INVESTMENT VENTURES, LLC; PRESIDIO FINANCIAL, LLC; ELITE RECOVERY SERVICES, INC.; PAUL NIEDZIALOWSKI, an individual,

             Defendants..
_____/

Case No.: CV 08-2322 MEJ

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

TO THE PARTIES PLEASE TAKE NOTICE:

    Plaintiff dismisses the herein lawsuit without prejudice as to himself and the putative class pursuant to FRCP 41 (a)(1)(i).

Dated: July 7, 2008 _____

                                /s/ _____
                                Irving L. Berg
                                THE BERG LAW GROUP
                                145 Town Center, PMB 493
                                Corte Madera, California 94925
                                (415) 924-0742
                                (415) 891-8208 (Fax)

                                ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA

DISMI...

TORY P CASTILLO V EMCC INVESTMENTS et al.
1   CASE NO: CV 08-2322 MEJ

Dated:  July 8, 2008